**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jery Daniel Monegro Castillo*, 25 Cr. 393-2 (JLR)**

Dear Judge Rochon:

The Government and defendant Jery Daniel Monegro Castillo write to respectfully request that the Court schedule a change of plea in this case.[1] The parties are available to appear for the change of plea on Monday, August 17, anytime in the afternoon at the Court's convenience, and can provide additional times on that day, or on Tuesday, August 18, upon request. In light of the defendant's anticipated change of plea, the parties further request that the status conference currently scheduled for Tuesday, August 11, be canceled as to defendant Castillo.[2]

The Government further requests, with the consent of defendant Castillo, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the plea, to allow the parties to finalize the anticipated resolution and to facilitate the entry of the plea.

Letter Motion GRANTED. The status conference as to Jery Daniel Monegro Castillo is adjourned. A change of plea hearing is scheuled for **August 17, 2026 at 12:00 p.m.** Speedy trial time is excluded until August 17, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

Dated: August 7, 2026
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Adam Z. Margulies
Assistant United States Attorney
Tel: 212-637-2345

cc: all counsel of record (by ECF)

[1] The parties are in the process of finalizing whether the plea will be pursuant to a plea agreement. In all events, the Government will provide either the plea agreement or a *Pimentel* letter to the Court three business days in advance of the change of plea, in accordance with Your Honor's Individual Rules.

[2] The Government currently expects that the conference will proceed as to defendant Hernandez.